NUMBER 13-07-317-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


PAMELA DAVIS, Appellant,


v.



JOHN MICHAEL ASTIN, Appellee.

___________________________________________________________________


On appeal from the 347th District Court


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, PAMELA DAVIS, perfected an appeal from a judgment entered by the
347th District Court of Nueces County, Texas, in cause number 99-4869-H. After the
clerk's record was filed, appellant filed a motion to dismiss the appeal. In the motion,
appellant states that she no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 27th day of September, 2007.